UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEOVIGILDO ESPINOZA,                          Case No. 6:15-cv-1923-Orl-37GJK

    Plaintiff,

v.

BOBBY HARRELSON,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, Defendant Bobby Harrelson, by and through his undersigned attorney, hereby files and serves this Notice of Settlement. Pursuant to United States District Court for the Middle District of Florida Local Rule 3.08, Harrelson hereby notifies the Court that the parties have reached an agreement for compromised settlement of this case. The parties are now working to fulfill the terms of the agreement and will file a joint stipulation of dismissal with prejudice upon completion or performance of preceding terms of their agreement.

                                                              Respectfully submitted,

                                                              */s/ Frank Mari*
                                                              Joseph D. Tessitore, Esquire
                                                              Florida Bar No. 0992364
                                                              jtessitore@bellroperlaw.com
                                                              Secondary: kcortez@bellroperlaw.com
                                                              Frank M. Mari, Esquire
                                                              Florida Bar No. 93243
                                                              fmari@bellroperlaw.com
                                                              Secondary: nlehman@bellroperlaw.com
                                                              Bell & Roper, P.A.
                                                              2707 E. Jefferson Street
                                                              Orlando, FL 32803
                                                              Telephone: (407) 897-5150
                                                              Facsimile: (407) 897-3332

Attorneys for Defendant Bobby Harrelson

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 28, 2017, I filed a true and correct copy of the foregoing with the Clerk of Court via the Court's CM/ECF system.

*/s/ Frank Mari*
Joseph D. Tessitore, Esquire
Florida Bar No. 0992364
jtessitore@bellroperlaw.com
Secondary: kcortez@bellroperlaw.com
Frank M. Mari, Esquire
Florida Bar No. 93243
fmari@bellroperlaw.com
Secondary: nlehman@bellroperlaw.com
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorneys for Defendant Bobby Harrelson